**Balkar SINGH, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–77368.

United States Court of Appeals, Ninth Circuit.

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**444**

Submitted April 16, 2007 *.

Filed April 20, 2007.

Tsz–Hai Huang Fax, Rai & Associates, PC, San Francisco, CA, for Petitioner.

Michael James Zevenbergen, Esq., Office of the General Counsel, U.S. Department of Commerce, Seattle, WA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Michelle E. Gorden Latour, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER, and CLIFTON, Circuit Judges.

## MEMORANDUM **

Balkar Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") decision that affirmed the Immigration Judge's ("IJ") denial of his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence, *Li v. Ashcroft*, 378 F.3d 959, 962 (9th Cir.2004), and we deny the petition.

Substantial evidence supports the IJ's adverse credibility finding because Singh was inconsistent regarding the circumstances surrounding his first arrest and regarding the medical treatment he received following his third arrest. *See Singh v. Ashcroft*, 367 F.3d 1139, 1143 (9th Cir.2004).

Because Singh failed to satisfy the lower standard of proof for asylum, it necessarily follows that he failed to satisfy the more stringent standard for withholding of removal. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir.2003).

Singh's CAT claim is based on the same testimony that the IJ found not credible. Because he points to no other evidence that the IJ should have considered in making its CAT determination, substantial evi-

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

dence supports the IJ's denial of CAT relief. *See id.* at 1157.

**PETITION FOR REVIEW DENIED.**